IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DESMOND MATHIS Individually and on Behalf of All Other Similarly Situated,<br><br>　　　Plaintiff<br><br>vs.<br><br>MASONITE CORPORATION,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 3-18-CV-00079-N |

## ORDER OF DISMISSAL WITH PREJUDICE

Pending before the Court is the Parties' Joint Motion to Dismiss with Prejudice. After reviewing the Motion, the Court hereby DISMISSES this matter with prejudice. Each party is to bear their own costs of Court.

Signed this 13th day of April, 2018.

_____
David C. Godbey
United States District Judge